IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLYN M. LOPEZ, | Civil No. 07-CV-1920-EFB |
| Plaintiff, | |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY | ORDER |
| Defendant. | |

After considering the PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO SUBMIT PLAINTIFF'S REPLY TO DEFENDANT'S BRIEF, it is hereby ORDERED that an extension to and including April 16, 2008 is granted.

IT IS SO ORDERED this 7th day of April, 2008.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

PRESENTED BY:

FREDERICK H. LUNDBLADE III CSB#220662
Black, Chapman, Webber, Stevens, Petersen & Lundblade
221 Stewart Ave., # 209
Medford, OR  97501

/s/FREDERICK H. LUNDBLADE
Attorney for Plaintiff

BLACK, CHAPMAN, WEBBER , STEVENS
PETERSEN & LUNDBLADE
ATTORNEYS AT LAW
221 STEWART AVE #209
MEDFORD, OREGON 97501
(541) 772-9850